STEEL STRUCTURES, INC., Respondent, v. HELLENIC LINES, LTD., Appellant.—

Martuscello, Acting P. J., Latham, Gulotta, Christ and Benjamin, JJ., concur.

ALBERT TORINO, Appellant, v. TOWN OF PLEASANT VALLEY, Respondent.—

Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.